JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| FABIAN D. EVANS, | ) | No. CV 10-00534-CJC (VBK) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| MATTHEW C. CATE, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting and Adopting the Corrected Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: May 2, 2012

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE